UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BANK OF NEW YORK MELLON, | Case No. 2:16-cv-00731-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Reschedule SC – ECF No. 40) |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION, et al., | |
| Defendants. | |

Before the court is plaintiff's Motion to Reschedule Settlement Conference (ECF No. 40). The motion states that plaintiff's corporate representative with full authority to settle this case lives in Fort Lauderdale, Florida. He will be on the West Coast on December 4 and 5, 2017, and therefore requests that the settlement conference be rescheduled for December 6, 7, or 8, 2017 to reasonably accommodate his travel arrangements. The dates requested fall during the undersigned's criminal duty week. A bench trial is set for February 5, 2018. The first date to reschedule a settlement conference available on the court's calendar, **as of today**, is January 3, 4, and 5, 2018.

**IT IS ORDERED** that the Motion to Reschedule the Settlement (ECF No. 40) is **DENIED without prejudice.**

DATED this 17th day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1