**SAO**
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2005-7CB, Mortgage
Pass-Through Certificates, Series 2005-7CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB, <br><br> Plaintiff, <br> v. <br><br> SAHARA SUNRISE HOMEOWNERS ASSOCIATION; AUCTION REAL ESTATE SERVICES, LLC; LUZ STELLA RAMIREZ-SALGADO; AND ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00731-JCM-PAL <br><br> **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION, <br><br> Cross-claimant, <br> v. <br><br> ABSOLUTE COLLECTION SERVICES, LLC <br><br> Crossdefendant. | |

43456199;1

1  The Bank of New York Mellon fka The Bank of New York, as Trustee for the
2  Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through
3  Certificates, Series 2005-7CB (**BoNYM**), Absolute Collection Services, Inc. (**ACS**), Luz Stella
4  Ramirez-Salgado (**Salgado**), and Sahara Sunrise Homeowners Association (**Sahara Sunrise**), by
5  and through the undersigned counsel, hereby jointly submit this stipulation and order to continue the
6  settlement conference presently set for November 29, 2017. The parties agree to continue the
7  settlement conference to either January 29, 2018, or January 30, 2018.

8  This continuance is requested to allow all parties and representatives additional time to
9  prepare for and make travel arrangements to attend the settlement conference in person. January 29,
10 2018 and January 30, 2018 are the first dates after November 28, 2017 that are available with the
11 parties' and their counsel's schedules, within the time frames of availability provided by the Court.

12 DATE: November 22, 2017.

| **AKERMAN LLP** | **ABSOLUTE COLLECTION SERVICES, LLC** |
|---|---|
| /s/Natalie L. Winslow_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB* | /s/Shane D. Cox_____<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Absolute Collection Services, Inc.* |
| **LAW OFFICE OF MICHAEL J. HARKER, ESQ.** | **BOYACK ORME & ANTHONY** |
| /s/Michael J. Harker_____<br>MICHAEL J. HARKER, ESQ.<br>Nevada Bar No. 5353<br>2901 El Camino Avenue, Suite 200<br>Las Vegas, Nevada 89102<br><br>*Attorney for Luz Stella Ramirez-Salgado* | /s/Christopher B. Anthony_____<br>CHRISTOPHER B. ANTHONY, ESQ.<br>Nevada Bar No. 9748<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No.<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Sahara Sunrise Homeowners Association* |

43456199;1

**ORDER**

**IT IS SO ORDERED:**

The settlement conference is continued to **January 30, 2018, at 1:30 p.m., in chambers, Room 3071**. Confidential settlement statements shall be due to chambers no later than 4:00 p.m. **January 23, 2018**.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: November 27, 2017