**SAO**
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2005-7CB, Mortgage
Pass-Through Certificates, Series 2005-7CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; AUCTION REAL ESTATE SERVICES, LLC; LUZ STELLA RAMIREZ-SALGADO; AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00731-JCM-PAL<br><br>**STIPULATION TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

44006554;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION, | |
| Crossclaimant, | |
| vs. | |
| ABSOLUTE COLLECTION SERVICES, LLC, | |
| Crossdefendant. | |

| | |
|---|---|
| LUZ STELLA RAMIREZ-SALGADO, | |
| Counter/Crossclaimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB; SAHARA SUNRISE HOMEOWNERS ASSOCIATION; AUCTION REAL ESTATE SERVICES, LLC; AND ABSOLUTE COLLECTION SERVICES, LLC, | |
| Counter/Crossdefendants. | |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB (**BoNYM**), Absolute Collection Services, Inc. (**Absolute**), Luz Stella Ramirez-Salgado (**Salgado**), and Sahara Sunrise Homeowners Association (**Sahara Sunrise**), by and through the undersigned counsel, hereby jointly submit this stipulation and order to continue the trial set on a stack for February 5, 2018, at 9:00 a.m. The parties request the trial be reset to a date and time convenient for the court.

44006554;1

This continuance is requested in order to complete the terms of the settlement, which will fully resolve the litigation. For this reason, the parties agree to reschedule and request a trial date after the status check scheduled for March 2, 2018.

DATE: February 2, 2018.

| **AKERMAN LLP** | **ABSOLUTE COLLECTION SERVICES, LLC** |
|---|---|
| */s/Natalie L. Winslow*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB* | */s/Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Absolute Collection Services, Inc.* |
| **LAW OFFICE OF MICHAEL J. HARKER, ESQ.** | **BOYACK ORME & ANTHONY** |
| */s/Michael J. Harker*<br>MICHAEL J. HARKER, ESQ.<br>Nevada Bar No.<br>2901 El Camino Avenue, Suite 200<br>Las Vegas, Nevada 89102<br><br>*Attorney for Luz Stella Ramirez-Salgado* | */s/Christopher B. Anthony*<br>CHRISTOPHER B. ANTHONY, ESQ.<br>Nevada Bar No. 9748<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No.<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Sahara Sunrise Homeowners Association* |

. . .

. . .

. . .

. . .

. . .

44006554;1

*Case No.: 2:16-cv-00731-JCM-PAL*
*Stipulation and Order to Continue Trial*

**<u>ORDER</u>**

Based on the stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED that the trial presently set for the trial stack beginning on February 5, 2018, at 9:00 a.m. is continued to **<u>March 26, 2018 at 9:00 a.m.</u>**

Calendar call is continued to March 21, 2018, at 1:30 p.m.

DATED February 2, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

44006554;1