DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York, as Trustee for the
Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2005-7CB, Mortgage
Pass-Through Certificates, Series 2005-7CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OFNEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; AUCTION REAL ESTATE SERVICES, LLC; LUZ STELLA RAMIREZ-SALGADO; AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00731-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SAHARA SUNRISE HOMEOWNERS ASSOCIATION,<br><br>Crossclaimant,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Crossdefendant. | |

44098182;1

LUZ STELLA RAMIREZ-SALGADO,

        Counter/Crossclaimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB; SAHARA SUNRISE HOMEOWNERS ASSOCIATION; AUCTION REAL ESTATE SERVICES, LLC; AND ABSOLUTE COLLECTION SERVICES, LLC,

        Counter/Crossdefendants.

PLEASE TAKE NOTE that The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB (**BoNYM**), Absolute Collection Services, LLC (**Absolute**), Luz Stella Ramirez-Salgado (**Salgado**), and Sahara Sunrise Homeowners Association (**Sahara Sunrise**), by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

44098182;1

*The Bank of New York Mellon v. Sahara Sunrise Homeowners Association*
*2:16-cv-00731-JCM-PAL*

DATED this 27th day of March, 2018.

| **AKERMAN LLP** | **ABSOLUTE COLLECTION SERVICES, LLC** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB* | /s/Shane D. Cox<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Absolute Collection Services, Inc.* |
| **LAW OFFICE OF MICHAEL J. HARKER, ESQ.**<br><br>/s/Michael J. Harker<br>MICHAEL J. HARKER, ESQ.<br>Nevada Bar No.<br>2901 El Camino Avenue, Suite 200<br>Las Vegas, Nevada 89102<br><br>*Attorney for Luz Stella Ramirez-Salgado* | **BOYACK ORME & ANTHONY**<br><br>/s/Christopher B. Anthony<br>CHRISTOPHER B. ANTHONY, ESQ.<br>Nevada Bar No. 9748<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No.<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Sahara Sunrise Homeowners Association* |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** March 28, 2018

3

44098182;1