Edward D. Boyack
Nevada Bar No. 5229
Christopher B. Anthony
Nevada Bar No. 9748
**BOYACK ORME & ANTHONY**
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Phone: (702) 562-3415
Fax: (702) 562-3570
ted@boyacklaw.com
canthony@boyacklaw.com

Attorneys for SAHARA SUNRISE
HOMEOWNERS ASSOCIATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BACNK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; AUCTION REAL ESTATE SERVICES, LLC; LUZ STELLA RAMIREZ-SALGADO; AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No. 2:16-cv-00731-JCM-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

COMES NOW, Defendant, SAHARA SUNRISE HOMEOWNERS ASSOCIATION, by and through its attorney of record Edward D. Boyack, Esq. and Christopher B. Anthony, Esq. of BOYACK, ORME & ANTHONY, and moves this Court to remove Adam J. Breeden,

/ / /

/ / /

/ / /

Esq. and his service contact of adam@breedenandassociates.com from the CM/ECF service list as Mr. Breeden is no longer handling this matter at the Boyack, Orme & Anthony firm. Inclusion of the e-mail address above was in error.

DATED this 26th day of March, 2018

**BOYACK ORME & ANTHONY**

**By:** ____Edward D. Boyack, Esq._____
Edward D. Boyack
Nevada Bar No. 5229
Christopher B. Anthony
Nevada Bar No. 9748
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Phone: (702) 562-3415
Fax: (702) 562-3570
Attorneys for SAHARA SUNRISE
HOMEOWNERS ASSOCIATION

**IT IS SO ORDERED** this 30th day of March, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of March, 2018, service of the foregoing legal document entitled **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties listed as service contacts:

An Attorney or Employee of the following firm:


By: ____Norma Ramirez_____
**BOYACK, ORME & ANTHONY**