1  Edward D. Boyack
   Nevada Bar No. 5229
2  Christopher B. Anthony
   Nevada Bar No. 9748
3  **BOYACK ORME & ANTHONY**
   7432 West Sahara Avenue, Suite 101
4  Las Vegas, Nevada 89117
   Phone: (702) 562-3415
5  Fax: (702) 562-3570
   ted@boyacklaw.com
6  canthony@boyacklaw.com
   Attorneys for SAHARA SUNRISE
7  HOMEOWNERS ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BACNK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB,<br><br>        Plaintiff,<br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; AUCTION REAL ESTATE SERVICES, LLC; LUZ STELLA RAMIREZ-SALGADO; AND ABSOLUTE COLLECTION SERVICES, LLC,<br><br>        Defendants. | Case No.   2:16-cv-00731-JCM-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

COMES NOW, Defendant, SAHARA SUNRISE HOMEOWNERS ASSOCIATION, by and through its attorneys of record Edward D. Boyack, Esq. and Christopher B. Anthony, Esq. of BOYACK, ORME & ANTHONY, and moves this Court, that in order to prevent unnecessary duplicate service, to **PLEASE REMOVE <u>ONLY ONE</u> of the TWO LISTINGS** for E-Service to Christopher B. Anthony, Esq., of Boyack Orme & Anthony, causing duplicate service of every document, **and Leave One Listing of Mr. Anthony to Continue Receiving E-Service in this matter.**

Additionally, Defendant also requests the removal from E-Service of Jason W. Onello, Esq., as Mr. Onello is no longer associated with our law firm, Boyack Orme & Anthony.

Therefore, the representation of our client, Sahara Sunrise HOA, will continue to be handled by our remaining attorneys, Edward D. Boyack, Christopher B. Anthony, Christopher Reade, and necessary support staff.

DATED this 27th day of March, 2018

**BOYACK ORME & ANTHONY**

**By:** *Edward D. Boyack, Esq.*
Edward D. Boyack
Nevada Bar No. 5229
Christopher B. Anthony
Nevada Bar No. 9748
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Phone: (702) 562-3415
Fax: (702) 562-3570
Attorneys for SAHARA SUNRISE
HOMEOWNERS ASSOCIATION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of March, 2018, service of the foregoing, **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**, via electronic means through the Court's CM-ECF PACER E-Filing/E-Service System to all parties registered therein.

*/s/Sherri Tyrrell*
An Employee of Boyack Orme & Anthony

IT IS SO ORDERED this 2nd
day of April, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

2